United States Bankruptcy Court
Middle District of Tennessee

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| RONALD BERNARD BREDA and | ) | CASE NO. 3:25-bk-03129 |
| PACITA MONTEFALCO BREDA, | ) | CHAPTER 7 |
| | ) | JUDGE WALKER |
| Debtors. | ) | |
| | ) | |
| | ) | |
| JEANNE ANN BURTON, TRUSTEE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ADV. PRO. NO. 3:26-ap-90009 |
| | ) | |
| NEWREZ, LLC d/b/a | ) | |
| SHELLPOINT MORTGAGE SERVICING, | ) | |
| | ) | |
| Defendant. | ) | |

**SUMMONS AND NOTICE OF PRETRIAL CONFERENCE
IN AN ADVERSARY PROCEEDING**

To the Defendant(s): YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

> UNITED STATES BANKRUPTCY COURT
> MIDDLE DISTRICT OF TENNESSEE
> 701 BROADWAY, ROOM 170
> NASHVILLE, TN 37203

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

> JUSTIN T. CAMPBELL
> THOMPSON BURTON PLLC
> 1801 WEST END AVENUE
> SUITE 1550
> NASHVILLE, TN 37203

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place:

| UNITED STATES BANKRUPTCY COURT MIDDLE DISTRICT OF TENNESSEE  Please visit the Court's website at www.tnmb.uscourts.gov for information regarding Judge Walker's Procedures prior to the hearing date. | **COURTROOM 2 (or Virtual Hearing if allowed; see website for details)** |
|---|---|
| | **DATE & TIME** 3/25/2026 11:00 A.M. |

**If you fail to respond to this summons, your failure will be deemed to be your consent to entry of a judgment by the bankruptcy court and judgment by default may be taken against you for the relief demanded in the complaint.**

To the Plaintiff(s): You must serve this Summons and Notice of Pretrial Conference together with the complaint no later than 7 days after the issuance date shown below. If more than 7 days pass before service is completed, a new summons must be requested and served.

| | |
|---|---|
| 1/21/2026 | /s/ Vanessa A. Lantin |
| Issuance Date | Clerk, U.S. Bankruptcy Court |
| | By: /s/ Lauren Quarles |
| | Courtroom Deputy Clerk |



# CERTIFICATE OF SERVICE

I, Trent Meriwether certify that service of this summons and a copy of the complaint was made January 23, 2026 by:

☒ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

NewRez, LLC
c/o Corporation Service Company
2908 Poston Avenue
Nashville, TN 37203-1312

☐ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

☐ If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date January 23, 2026                Signature /s/ Trent Meriwether

Print Name: Trent Meriwether

Business Address: Thompson Burton, PLLC

6100 Tower Cir., Ste. 200, Franklin, TN 37067